**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2015 NOV 30 P 2: 36

MAUREEN G. KELLY
LAKE CO. CLERK OF COURT

**CLERK OF COURTS**
*Lake County*

2. Article Number

9434 7266 9904 2051 9805 58

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

15CV001591    L
ALLIANCE SECURITY INC
60 JEFFERSON PARK ROAD
WARWICK RI 02888

PS Form 3811, January 2005          Domestic Return Receipt

USPS.com® - USPS Tracking®

| English | Customer Service | USPS Mobile | | Register / Sign In |

**EUSPS.COM**

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9414726699042051980558

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™ — Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 24, 2015, 12:19 pm | Delivered | CRANSTON, RI 02920 |

Your item was delivered at 12:19 pm on November 24, 2015 in CRANSTON, RI 02920.

| November 20, 2015, 12:22 am | Departed USPS Facility | PROVIDENCE, RI 02904 |
| November 18, 2015, 1:11 pm | Arrived at USPS Facility | PROVIDENCE, RI 02904 |
| November 17, 2015, 8:38 pm | Departed USPS Facility | CLEVELAND, OH 44101 |
| November 16, 2015, 8:31 pm | Arrived at USPS Facility | CLEVELAND, OH 44101 |

## Track Another Package

Tracking (or receipt) number

9414726699042051980558

Track It

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

Sign up for My USPS ›

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.